**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KYUNG L. TROTTER,

                       Plaintiff,

      - against -

COMMUNITY DEVELOPMENT CORPORATION
OF LONG ISLAND, INC., SEVEN TIER, L.P. also
known as Craig Rubenstein, LESLIE BARRY,
JOHN MANGINO, DELORES PHRANER, WILMA
HAYES, THOMAS ZAWYRUCHA,

                    Defendants.
-------------------------------------------------------------X

**CLERK'S CERTIFICATE**
**OF DEFAULT**
CV 26-2371 (SJB)(ARL)

        I**,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern

District of New York, do hereby certify that defendant, **JOHN MANGINO** has not filed an

answer or otherwise moved with respect to the complaint, and that the time to answer or move

has expired.

        The default of defendant, **JOHN MANGINO** is hereby noted pursuant to Rule 55(a) of

the Federal Rules of Civil Procedure.

Dated: June 8, 2026
       Central Islip, New York

                               BRENNA B. MAHONEY
                               CLERK OF THE COURT

              BY:    /S/ JAZMIN M. CUBANO
                       DEPUTY CLERK